## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              )
    Manolo Velez,                 )   Case No. 16 B 23005
                                    )
                    Debtor.      )
----------------------------------- )

## FINAL PRETRIAL ORDER

      This matter is set for trial to determine the value of debtor's real property at the United States Courthouse, 219 South Dearborn Street, Room 742, Chicago, Illinois on January 18, 2017 at 12:30 p.m. At the court's discretion, the trial will continue from day to day until completed. The following provisions will govern this proceeding. Failure to comply with the provisions of this order may result in dismissal, default, exclusion or admission of evidence, or other sanction.

      Counsel for all parties must confer and prepare a document titled "Pretrial Statement." The Pretrial Statement must be filed on or before January 13. If any party refuses to cooperate in the preparation of the Pretrial Statement, the remaining party or parties must file a Pretrial Statement without the input of the noncooperating party. The Pretrial Statement must contain the following information:

1. A brief statement of the theory of each claim and each defense.

2. A statement of stipulated facts in numbered paragraphs.

3. A statement of material facts that are in dispute in numbered paragraphs.

4. Each party's list of witnesses and any objections by an opposing party. The party opposing testimony by any witness must state the specific grounds for each objection in the Pretrial Statement. Any objection not stated in the Pretrial Statement is waived. Any objection for which a specific ground is not listed is also waived. Any witness not identified in accordance with this order will be barred from testifying at trial.

5. Each party's list of exhibits it plans to offer into evidence and any objections by any opposing party. The party opposing admission of any exhibit must state the specific grounds for each objection in the Pretrial Statement. Any objection not included in the Pretrial Statement is waived. Any objection for which a specific ground is not listed is also waived. Any exhibit not listed and exchanged in accordance with this order will not be admitted into evidence unless all opposing parties agree to the admission of the exhibit.

      One week prior to trial, each party must provide each other party with a copy of each exhibit that will be used at trial. Each exhibit must be pre-marked, e.g., "Plaintiff's Exhibit 1." Copies of the exhibits need not be filed, but each party must bring to court on the day of the trial two copies for the court and copies for witnesses and opposing counsel.

Dated: December 6, 2016

_____
Carol A. Doyle
United States Bankruptcy Judge